NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GOODMAN MANUFACTURING COMPANY, L.P. AND GOODMAN DISTRIBUTION, INC.,**
*Plaintiffs-Appellants,*

v.

**CARRIER CORPORATION,**
*Defendant-Appellee.*

---

2015-1078

---

Appeal from the United States District Court for the District of Delaware in No. 1:13-cv-02014-SLR, Judge Sue L. Robinson.

---

**ON MOTION**

---

## O R D E R

Appellants move without opposition to stay proceedings in this appeal pending the entry of an appealable judgment in a related action, *Carrier Corp. v. Goodman Global, Inc. et al*, No. 12-930-SLR (D. Del.). Appellants separately move for an extension of time to file their brief.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to stay proceedings is granted. The briefing schedule is stayed.

(2) The parties are directed to advise this court within 14 days of the entry of an appealable judgment in *Carrier Corp. v. Goodman Global, Inc. et al*, No. 12-930-SLR (D. Del.) concerning how they believe this appeal should proceed. Any future appeals concerning that ruling should be consolidated with this appeal.

(3) Appellants' motion for an extension of time is denied as unnecessary because the briefing schedule is now stayed.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26